UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BALTAZAR ORTUNO,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent | Case No. 2:25-cv-07565-SB-AYP<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

On June 22, 2026, United States Magistrate Judge Anna Y. Park issued a Report and Recommendation granting Respondent's Motion to Dismiss Case (Dkt. No. 8) and dismissing the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 without prejudice. Dkt. No. 13 ("R&R").

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, the Motion to Dismiss, all of the records herein, and the R&R of the Magistrate Judge. Neither party has submitted objections to the findings in the R&R. The

Court therefore accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.[1]

IT IS THEREFORE ORDERED as follows:

(1) the Report and Recommendation is accepted and adopted;

(2) Respondent's Motion to Dismiss is GRANTED; and

(3) Judgment shall be entered dismissing the Petition without prejudice.

It is further ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondents.

IT IS SO ORDERED.

Dated: August 18, 2026

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

[1] The record also indicates that Petitioner has abandoned this action. He failed to oppose the motion to dismiss despite being warned that failure to respond could result in dismissal, Dkt. No. 10; L.R. 7-12, and has failed to keep the Court informed of his current address as required of a pro se litigant, L.R. 41-6.