JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BALTAZAR ORTUNO, Petitioner, v. UNITED STATES OF AMERICA, Respondent. | Case No. 2:25-cv-07565-SB-AYP<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is denied; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ADJUDGED.

Dated: August 18, 2026

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE